UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JENNIFER WOERNER | CIVIL ACTION NO. 21-cv-1846 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LOUISIANA STATE UNIVERSITY AGRICULTURAL & MECHANIC ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

The **Motion to Compel Supplemental Discovery Responses** (Doc. 72) is **granted**. The court does not need Clear Choice's permission to order the production of a contract that is relevant to the claims and defenses in this lawsuit. Plaintiff is ordered to provide the unredacted contract to defense counsel no later than **September 13, 2023**. The parties shall treat the contract as a confidential document and may use the contract in this litigation only. The request for fees in connection with the motion to compel is denied.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 30th day of August, 2023.

Mark L. Hornsby
U.S. Magistrate Judge