## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

JENNIFER WOERNER                                   CIVIL ACTION NO. 21-1846

VERSUS                                             JUDGE ELIZABETH E. FOOTE

LOUISIANA STATE UNIVERSITY                         MAGISTRATE JUDGE HORNSBY
AGRICULTURAL & MECHANIC, ET AL.

### ORDER

Before the Court is a joint motion to continue the trial date and all unexpired scheduling order deadlines. Record Document 81. Currently, trial is scheduled to begin September 16, 2024, while the pretrial conference is set for August 15, 2024. The parties seek a two-month continuance of all unexpired deadlines, of the pretrial conference date, and of the trial date. The parties represent that additional time is required for "extensive deposition discovery." *Id.* at ¶ 2.

The Court finds that the parties have demonstrated that a good faith cause for a continuance exists. Accordingly, **IT IS ORDERED** that the joint motion to continue [Record Document 81] is **GRANTED**. The trial and pretrial conference dates, as well as all dates and deadlines in the scheduling order, are hereby **UPSET**. This matter is **REFERRED** to Magistrate Judge Hornsby for a scheduling conference.

**THUS DONE AND SIGNED** this 22nd day of December, 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE