UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JENNIFER WOERNER | CIVIL ACTION NO. 21-cv-1846 |
| VERSUS | JUDGE EDWARDS |
| LOUISIANA STATE UNIVERSITY AGRICULTURAL & MECHANIC ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The parties requested a settlement conference in this matter, and Magistrate Judge Kayla D. McClusky has agreed to conduct the mediation. Accordingly,

IT IS HEREBY ORDERED that this case be referred to Magistrate Judge Kayla D. McClusky for the purpose of conducting a settlement conference on a date convenient to her.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 5th day of February, 2025.

Mark L. Hornsby
U.S. Magistrate Judge