# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **JENNIFER WOERNER** | **CIV. ACTION NO. 5:21-01846** |
| **VERSUS** | **JUDGE EDWARDS** |
| **LOUISIANA STATE UNIVERSITY AGRICULTURAL & MECHANIC, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## SETTLEMENT CONFERENCE ORDER

At the parties' request, and upon the Court's referral, a settlement conference will be held before Magistrate Judge Kayla D. McClusky beginning on **April 7, 2025, at 9:30 a.m.**, at the Tom Stagg U.S. Courthouse, 300 Fannin Street, Shreveport, Louisiana 71101. The parties who have representatives attending by zoom/video are responsible for setting up their own zoom/video links.

The following orders are entered to assist me in an objective appraisal and evaluation of the lawsuit, and to ensure that the necessary parties are present for the conference.

**I.   CONFIDENTIAL STATEMENTS**

Each party shall mail or deliver to my office (**and** transmit via e-mail to mcclusky_motions@lawd.uscourts.gov), a written Confidential Settlement Conference Statement **to arrive no later than March 31, 2025**. The statement shall address all of the issues enumerated in the fillable form, which may be found under the "Forms" tab on the undersigned's webpage:

https://www.lawd.uscourts.gov/content/magistrate-judge-kayla-d-mcclusky

**II.   ATTENDANCE**

a.   **TRIAL COUNSEL AND A REPRESENTATIVE OF EACH PARTY WITH FULL SETTLEMENT AUTHORITY (DEFINED BELOW) SHALL PERSONALLY ATTEND THE CONFERENCE.** This order is made on consideration of the specific facts and the nature of this case, and in light of the court's interest in using judicial resources in the most efficient manner possible. In re Stone, 986 F.2d 898 (5th Cir. 1993).

If personal attendance would be burdensome or unnecessary, a party may apply for an exception to this requirement.

"Full settlement authority" is defined as final settlement authority to commit the

    defendant to pay, **in the representative's discretion**, a settlement amount up to the plaintiff's prayer (excluding punitive damage prayers in excess of $100,000) or up to the plaintiff's last demand, whichever is **lower**.

    For a plaintiff, the representative must have final authority, **in the representative's discretion**, to authorize dismissal of the case with prejudice, or to accept a settlement amount down to the defendant's last offer.

    b.    All persons attending must be prepared to remain at the conference until either a settlement is reached, or I decide that further negotiation would be futile. Travel arrangements should be made with that in mind.

    c.    Failure to fully comply with these attendance requirements may result in the imposition of appropriate sanctions.

### III. FORMAT

The Court will use a mediation format, to include private caucusing with each side; the judge may address your client directly.

### IV. CLOSING

    a.    If settlement is reached, do you want it on the record?

    b.    How soon could checks/closing documents be received?

In Chambers, at Monroe, Louisiana, on this 6th day of March, 2025.

*[signature: Kayla Dye McClusky]*

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE